UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| vs. | ) | Case No. 23-cv-6884 |
| | ) | |
| PETCO ANIMAL SUPPLIES STORES, INC., dba PETCO, | ) ) ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

Plaintiff, Howard Cohan and Defendant, Petco Animal Supplies Stores, Inc. (the "Parties") respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a settlement agreement, and ultimately will file a stipulated dismissal with the Court. The Parties intend to file a stipulated dismissal as soon as practicable, but respectfully request that they be given 30 days to file said dismissal. Accordingly, the Parties respectfully request that the Court vacate all deadlines set forth in the December 14, 2024 Minute Entry (ECF 13).

Respectfully submitted February 8, 2024

| | |
|---|---|
| HOWARD COHAN INC., | PETCO ANIMAL SUPPLIES STORES, a Foreign Profit Corporation d/b/a PETCO |
| By: \_\_\_/s/ Robert M. Kaplan\_\_\_ | By: \_\_\_/s/ James Nasiri |
|     Counsel for Plaintiff |     Counsel for Defendant |
|     Law Offices of Robert M. Kaplan P.C. |     Seyfarth Shaw, LLP |
|     1535 W. Schaumburg Rd. Ste 204 |     233 S. Wacker Drive, Ste. 8000 |
|     Schaumburg, IL 60194-4042 |     Chicago, IL 60606 |
|     847-845-9477 |     312-460-5000 |
|     rmkap@robertkaplanlaw.com |     jnasiri@seyarth.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2024, I served the foregoing Joint Notice of Settlement this day on the following person(s) identified below via email and/or first-class mail from 1535 W. Schaumburg, Rd., Ste. 204, Schaumburg, IL 60194-4052.

By: /s/ James Nasiri
Counsel for Defendant
Seyfarth Shaw, LLP
233 S. Wacker Drive, Ste. 8000
Chicago, IL 60606
312-460-5000
jnasiri@seyarth.com

By: /s/ Robert M. Kaplan