IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 23-cv-6884 |
| | ) | |
| PETCO ANIMAL SUPPLIES STORES, INC., a Foreign Profit Corporation d/b/a PETCO | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Petco Animal Supplies Stores, Inc., d/b/a Petco ("Defendant") (Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

Jointly submitted this 21st day of March, 2024.

| | |
|---|---|
| HOWARD COHAN | PETCO ANIMAL SUPPLIES STORES, INC., d/b/a PETCO |
| By:   /s/ Robert M. Kaplan<br>    Counsel for Plaintiff<br>    Law Offices of Robert M. Kaplan P.C.<br>    1535 W. Schaumburg Rd. Ste 204<br>    Schaumburg, IL 60194-4042<br>    847-845-9477<br>    rmkap@robertkaplanlaw.com | By:   /s/ James Nasiri<br>    Counsel for Defendant<br>    Seyfarth Shaw, LLP<br>    233 S. Wacker Drive, Ste. 8000<br>    Chicago, IL 60606<br>    312-460-5000<br>    jnasiri@seyarth.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2024, I served the foregoing Joint Stipulation of Dismissal with Prejudice this day on the following person(s) identified below via email and/or first-class mail from 1535 W. Schaumburg, Rd., Ste. 204, Schaumburg, IL 60194-4052.

James Nasiri
Counsel for Defendants
Seyfarth Shaw, LLP
233 S. Wacker Drive, Ste. 8000
Chicago, IL 60606
312-460-5000
jnasiri@seyarth.com

By: /s/ Robert M. Kaplan